# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | **CR 12-0722-TJH** | Date  DECEMBER 16, 2015 |

Present: The Honorable   **TERRY J. HATTER, JR. UNITED STATES DISTRICT JUDGE PRESIDING**

Interpreter   N/A

| YOLANDA SKIPPER | NOT REPORTED | VICKI CHOU  ROBYN BACON (Not Present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **3. DARYLE LAMONT SELLERS** | NOT | ✗ | | 3. LAWRENCE J. LITMAN | NOT | ✗ | |

**Proceedings:**   **IN CHAMBERS - NOTICE TO ALL PARTIES**

Counsel are hereby notified that on the Court's own motion, the sentencing hearing currently scheduled for January 4, 2016, is hereby ordered continued to ***January 19, 2016 at 10:00 a.m.***

**IT IS SO ORDERED.**

CC: all parties, USPO, PTS

CR-11) **CRIMINAL MINUTES - GENERAL**                                     Initials of Deputy Clerk YS